

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Carla Sigler, in her Capacity as Bosque
County Treasurer, Appellant

No. 06-22-00075-CV      v.

Tonya Fossett, Appellee

Appeal from the 220th District Court of
Bosque County, Texas (Tr. Ct. No. CV22-
094). Memorandum Opinion delivered by
Chief Justice Morriss, Justice Stevens and
Justice van Cleef participating.

As stated in the Court's opinion of this date, we find that the motion of the appellant to dismiss the appeal should be granted. Therefore, we dismiss the appeal.

We further order that the appellant, Carla Sigler, in her capacity as Bosque County treasurer, pay all costs incurred by reason of this appeal.

RENDERED NOVEMBER 17, 2022
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk